No. 1559. ALONZO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 1567. GALLAGHER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 1568. BEAN ET AL. *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 1577. GERSTEIN *v.* MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 1579. HARTFORD ACCIDENT & INDEMNITY CO. *v.* EASTERN AIRLINES, INC. C. A. 5th Cir. Certiorari denied.

No. 1580. CASCADE CAR WASH, INC. *v.* LAURENT WATCH CO., INC., DBA CASCADE CAR WASH. C. A. 9th Cir. Certiorari denied.

No. 1582. STEINER *v.* OFFICER IN COMMAND, ARMED FORCES EXAMINING AND INDUCTION CENTER AT HOUSTON, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 1631. NOE *v.* CHICAGO GREAT WESTERN RAILWAY CO. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 6563. NORMAN *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 6592. SMITH *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.